

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARLAN I. JOHNSON, SR.          :     CIVIL ACTION
                                :
    v.                          :
                                :
DELAWARE COUNTY JUVENILE        :
DETENTION CENTER                :     NO. 11-1166



ORDER

AND NOW, this 16th day of March, 2012, upon consideration of plaintiff Harlan I. Johnson, Sr.'s amended complaint (docket entry # 15), defendant Delaware County Juvenile Detention Center's motion to dismiss the amended complaint (docket entry # 16), and Johnson's response in opposition thereto (docket entry # 17), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

   1.   Counts II and V of Johnson's amended complaint (docket entry # 15) are DISMISSED;

   2.   Delaware County Juvenile Detention Center's motion to dismiss (docket entry # 16) is DENIED; and

   3.   By March 30, 2012, the Center shall FILE an answer to Johnson's amended complaint (docket entry # 15).

                              BY THE COURT:

                              _____
                              Stewart Dalzell, J.