

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARLAN I. JOHNSON, SR. | : | CIVIL ACTION |
| v. | : | |
| DELAWARE COUNTY JUVENILE DETENTION CENTER | : | NO. 11-1166 |




ORDER

AND NOW, this 16th day of March, 2012, upon consideration of plaintiff Harlan I. Johnson, Sr.'s amended complaint (docket entry # 15), defendant Delaware County Juvenile Detention Center's motion to dismiss the amended complaint (docket entry # 16), and Johnson's response in opposition thereto (docket entry # 17), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Counts II and V of Johnson's amended complaint (docket entry # 15) are DISMISSED;

2. Delaware County Juvenile Detention Center's motion to dismiss (docket entry # 16) is DENIED; and

3. By March 30, 2012, the Center shall FILE an answer to Johnson's amended complaint (docket entry # 15).

BY THE COURT:

Stewart Dalzell, J.