IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARLAN I. JOHNSON, SR.           :              CIVIL ACTION
                                 :
        v.                       :
                                 :
DELAWARE COUNTY JUVENILE         :
DETENTION CENTER                 :              NO. 11-1166

ORDER


        AND NOW, this 3rd day of June, 2013, upon

consideration of defendant's motion for summary judgment (docket

entry # 28), plaintiff's response in opposition thereto and his

memorandum and exhibits in support of that response (docket

entry # 30), plaintiff's praecipe to attach pages to Exhibit 8

of the response in opposition to the motion for summary judgment

(docket entry # 40), and defendant's reply to plaintiff's

response (docket entry # 34), it is hereby ORDERED that:

        1.   Defendant's motion for summary judgment (docket

entry # 28) is GRANTED; and

        2.   The Clerk of Court shall CLOSE this case

statistically.

                        BY THE COURT:



                        /s/ Stewart Dalzell, J.
                        Stewart Dalzell, J.